FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★        17 2005    ★
P.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

ANN-MARIE O'CONNOR,

                Defendant.
----------------------------------------------------------------X

04-CV-2646 (ARR)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

      A default judgment was erroneously entered in the instant case on December 14, 2004. That judgment was vacated on March 9, 2005 because defendant's answer had been timely filed and because plaintiff's motion for summary judgment had failed to include a Notice to Pro Se Litigant as required by Rule 56 of the Federal Rules of Civil Procedure. Plaintiff renewed its motion for summary judgment on March 18, 2005. The motion is respectfully referred to Magistrate Judge Pollak pursuant to 28 U.S.C. § 636(b)(1)(B) for a report and recommendation.

      SO ORDERED.

                                                Allyne R. Ross
                                                United States District Judge

Dated: June 16, 2005
       Brooklyn, New York

SERVICE LIST:

Attorney for Plaintiff
Michael T. Sucher
Michael T. Sucher, Esq.
26 Court Street, Suite 2412
Brooklyn, NY 11242

*Pro Se* Defendant
Ann-Marie J. O'Connor
73 St. Pauls Place, Apt.# D3
Brooklyn, NY 11226