UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

ANN-MARIE O'CONNOR,

                Defendant.
---------------------------------------------------------------- X

04 CV 2546 (ARR)

NOT FOR PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

    The court has received the Report and Recommendation on the instant case dated January 30, 2006 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiff's motion for summary judgment is granted with respect to liability only. The court respectfully refers the issue of damages to Judge Pollak for further proceedings.

    SO ORDERED.

                                     Allyne R. Ross
                                     United States District Judge

Dated: February 21, 2006
       Brooklyn, New York

SERVICE LIST:

*Pro Se Plaintiff:*
Ann-Marie J. O'Connor
73 St. Pauls Place, Apt.# D8
Brooklyn, NY 11226

*Counsel for Defendant:*
Michael T. Sucher, Esq.
26 Court Street, Suite 2412
Brooklyn, NY 11242

cc:    Magistrate Cheryl L. Pollak