UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    Plaintiff,

  -against-

ANN-MARIE O'CONNOR,

    Defendant.
----------------------------------------------------------------- X

04 CV 2546 (ARR)

NOT FOR PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

  The court has received the Report and Recommendation on the instant case dated April 27, 2006 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Having conducted a <u>de novo</u> review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, defendant is ordered to pay the United States $12,112.55 in damages, $72.40 in additional interest, and $1,975.00 in attorney's fees.

  SO ORDERED.

                /s/ Allyne R. Ross
                United States District Judge

Dated: May 16, 2006
   Brooklyn, New York

1

SERVICE LIST:

*Counsel for Plaintiff:*
Michael T. Sucher, Esq.
26 Court Street, Suite 2412
Brooklyn, NY 11242

*Defendant:*
Ann-Marie J. O'Connor
73 St. Pauls Place, Apt.# D8
Brooklyn, NY 11226

cc: Magistrate Cheryl L. Pollak