UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                      Plaintiff,

-against-

ANN-MARIE O'CONNOR,

                                      Defendant.
-------------------------------------------------------------------X

JUDGMENT
04-CV- 2546 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 18, 2006, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated April 27, 2006, after a *de novo* review of the record; and directing the Clerk of Court to enter judgment ordering the defendant to pay the United States $12,112.55 in damages, $72.40 in additional interest, and $1,975.00 in attorney's fees; it is

       ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted in its entirety; and that judgment is hereby entered in favor of plaintiff, The United States of America, and against defendant, Ann-Marie O'Connor in the amount of $12,112.55 in damages, $72.40 in additional interest, and $1,975.00 in attorney's fees.

Dated: Brooklyn, New York
          July 14, 2006

                                                                ROBERT C. HEINEMANN
                                                                Clerk of Court